RECEIVED
IN ALEXANDRIA, LA
JUL 14 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DOUGLAS SMITH | CIVIL ACTION NO. 02-2107 |
| VERSUS | JUDGE TRIMBLE |
| MARK SWAFFORD, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

By prior order of this court,[1] dated June 10, 2008, plaintiff was instructed to complete service on defendants Chris Copeland, Christine NcNeil, Elizabeth Green and Nurse Aires/Ayers without thirty (30) days of issuance. As of the date of this order, plaintiff has not completed service on these defendants and has not demonstrated any good cause why such failure should be excused by this court. Accordingly, all claims by plaintiff against the above enumerated defendants are hereby DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m).

After examining the record in this case, we note that the only remaining defendant in this action is Huey Woods, who filed an answer to the suit on February 15, 2008.[2] Accordingly, all claims by plaintiff against defendant Woods remain for further proceedings.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 14th day of July, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 62.

[2] R. 61.