U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

OCT 2 1 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| DOUGLAS SMITH | CIVIL ACTION NO. 02-2107 |
|---|---|
| VERSUS | JUDGE TRIMBLE |
| MARK SWAFFORD, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the court is a motion for summary judgment[1] filed by the only remaining defendant in the above captioned matter, Huey Woods ("Woods"). This motion was referred to magistrate judge James D. Kirk for report and recommendation, which were issued on September 25, 2008. Any objections by plaintiff Douglas Smith were due to be filed no later than October 14, 2008.

For the reasons stated in the report and recommendation of the magistrate judge and after an independent review of the record, noting the absence of any objections by plaintiff, this court finds that Woods' motion for summary judgment should be and is hereby GRANTED and that, accordingly, all remaining claims by plaintiff against Woods are hereby DISMISSED with prejudice.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 21st day of October, ~~June~~, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 64.